

# Fourth Court of Appeals
## San Antonio, Texas

October 31, 2017

No. 04-17-00232-CV

Thomas Ritter **HELM,**
Appellant

v.

Lisa Lorraine **HAUSER,**
Appellee

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2015-CI-16709
Honorable Martha Tanner, Judge Presiding

## ORDER

The Appellee's Motion for Extension of Time to File Brief has this date been received and filed in the above styled and numbered cause. Extension of time to file the Appellee's brief is this date GRANTED. Time is extended to December 1, 2017.

**PER CURIAM**

ATTESTED TO: _____
KEITH E. HOTTLE,
Clerk of Court

cc:
Sarah Lishman
Jamie Graham & Associates, PLLC
Tower Life Building
310 S. St. Mary's, Suite 845
San Antonio, TX 78205

Kathleen Fox-Sanvictores
Jamie Graham & Associates, PLLC
310 S. St. Mary's St. suite 2500
San Antonio, TX 78205

Chad A. Olsen
Bray, Chappell, Patterson & Olsen, Inc.
1250 N.E. Loop 410, Suite 315
San Antonio, TX 78209